ALEX WHITE, Appellant, v. LEVISON BROS. REALTY CORP., Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 964.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.